IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

WUBALEM G. GEBREMEDHIN )
)
1150 VULTEE BLVD APT A 202 )
)
NASHVILLE TN 37217 )
Name of Plaintiff )
) Case No. _____
v. ) (To be assigned by Clerk)
)
) Jury Demand ☐ Yes ☐ No
WHIRLPOOL CORAPERTION )
)
1714 HEIL QUAKER BLVD )
)
LAVERGNE TN 37086 )
Name of Defendant(s) )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, WUBALEM G. GEBREMEDHIN is a citizen of the United States and resides at

   1150 VULTEE BLVD APRT A 202 , NASHVILLE ,
   Street address                                City

   DAVIDSON , TN , 37217 , 615-815-6106 .
   County      State   Zip Code   Telephone Number

3. Defendant, WHIRLPOOL CORPORATION resides at, or its business is located at

   1714 HEIL QUAKER BLVD , LaVergne ,
   Street address                         City

   Rutherford , TN , 37086
   County      State   Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

_____

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

<u>1714 HEIL QUAKER BLVD</u>, <u>LAVERGNE</u>,
Street address                              City

<u>RUTHERFORD</u> <u>TN</u>, <u>37086</u>
County            State        Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about _____ _____ _____.
                                     Month        Day        Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about

   _____ _____ _____.
     Month        Day        Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on _____
                                                                                Month
   _____, a copy of which Notice is attached.
     Day       Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

a. __yes__ failed to employ Plaintiff.

b. __~~yes~~ NO__ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

e. _____ other. Explain: I DIDNT KNOW WHEN THE WHIRLPOOL PUT BAD RECORD ON ME UNTILL THE I FOUND OUT FROM LEGAL AID THAT I HAD BAD RECORD WITH THEY THEREFORE I AM SEEKUNG ASISTANCE WHY AM I A BAD WORKER THROUGH WHIRLPOOL BUT WHEN I WAS WORKUNG FOR THEY I WAS A GOOD WORKER

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

WHIRLPOOL I CANNOT BELIEVE THEY CHARGE ME BAD JUDGMENT AND EVERYTHEING ELSE I WAS OKAY BEHUND ME THROUGH COMPANY BUT NOW I CANNOT EVEN FIND AND THE JOB WITH OTHER EMPLOYERS BECOUSE OF MY BAD REFERENCE WITH WHIRLPOOL ANY ONE NO ONE TELLS ME GROUP LEADER OR SUPERVISOR DEPARTMENT MANAGER OR GENERAL MANAGER I AM A BAD WORKER I AM ASKIN YOU TO JUSTICE • 12-18-2007 AFTER I AM SEEK TO FOUND A JOB BECOUSE OF MY BAD REFERENCE THROUGH TO DAY 10-12-2012 THEY WILL PAY $3-999.000

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. _____ are no longer being committed by Defendant.

c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

   **WHEREFORE**, Plaintiff prays that the Court grant the following relief:

   a. _____ direct that Defendant employ Plaintiff, or

   b. _____ direct that Defendant re-employ Plaintiff, or

   c. _____ direct that Defendant promote Plaintiff, or

   d. _____ order other equitable or injunctive relief: _____.

   e. _____ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

   f. _____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____.

   g. _____ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

                                                          _____
                                                          (Signature of Plaintiff)

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 494-2012-01904 |

**Tennessee Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Wubalem G. Gebremedhin | (615) 815-6106 | 01-01-1960 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1150 Vultee Blvd., Apt. A-202 | Nashville, TN 37217 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WHIRLPOOL | 500 or More | (615) 641-4705 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1714 Heil Quaker Blvd | La Vergne, TN 37086 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☒ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-03-2008   Latest: 03-11-2012
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Since the closing of Whirlpool in 2008 bad references have been given on me to prospective employers. The most recent incident was June 14, 2012 when I applied for work at Walmart. I had been an employee with Whirlpool since 2000 as a refrigerator operator.

When I went to Legal Aid of TN about the matter I was advised that Whirlpool was against me.

I believe I have been and continue to be discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, but I don't know why.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 12, 2012    *[signature]*
Date            Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

[Stamp: RECEIVED JUL 12 2012 EQUAL EMPLOYMENT OPPORTUNITY COMM. NASHVILLE, TENN.]

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Wubalem G. Gebremedhin<br>P. O. Box 17884<br>Nashville, TN 37217 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 25A-2012-00354 | V. Paulette Wilson,<br>Deferral Coordinator | (901) 544-0147 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Katharine W. Kores_     SEP 1 4 2012

Enclosures(s)     **Katharine W. Kores,**<br>**Director**     *(Date Mailed)*

cc:     WALMART STORE 3717<br>Spencer Phillips, Esq.<br>Littler Mendelson, PC<br>One Biscayne Tower, Suite 1500<br>2 South Biscayne Boulevard<br>Miami, FL 33131-1804

Case 3:12-cv-01045   Document 1   Filed 10/12/12   Page 6 of 7 PageID #: 6

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Wubalem G. Gebremedhin
1150 Vultee Blvd., Apt. A-202
Nashville, TN 37217

From: Nashville Area Office
220 Athens Way
Suite 350
Nashville, TN 37228

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-01904 | Deborah K. Walker, Supervisory Investigator | (615) 736-2109 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[X] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Sarah L. Smith,
Area Office Director

JUL 1 3 2012
*(Date Mailed)*

Enclosures(s)

cc: Lawrence Leroy
Sr Human Resource Manager
WHIRLPOOL CORPORATION
2000 N M-63
Benton Harbor, MI 49022